UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**VIKKI STREET**,                                   Civil Case No. 3:11-CV-00364-KI

               Plaintiff,

                                           JUDGMENT

                    v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

               Defendant.


      Merrill Schneider
      P. O. Box 14490
      Portland, Oregon  97293

           Attorney for Plaintiff

      S. Amanda Marshall
      United States Attorney
      District of Oregon


Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Kathy Reif
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

      Attorneys for Defendant


KING, Judge:

Based on the record,

The decision of the Commissioner is hereby AFFIRMED.

Dated this _____6th_____ day of June, 2012.


      _/s/ Garr M. King_____
      Garr M. King
      United States District Judge


Page 2 - JUDGMENT