UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**VIKKI STREET**,                                         Civil Case No. 3:11-CV-00364-KI

        Plaintiff,

                                        JUDGMENT

                v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

        Defendant.


    Merrill Schneider
    P. O. Box 14490
    Portland, Oregon  97293

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Kathy Reif
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

      Attorneys for Defendant

KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby AFFIRMED.

      Dated this _____6th_____ day of June, 2012.

                                    _/s/ Garr M. King_____
                                    Garr M. King
                                    United States District Judge